

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:05-cr-25(1)** |
| | § | |
| | § | |
| **GONZALO ALONZO TORRES** | § | |
| **a/k/a "Chalo"** | § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

By order, the Court referred this matter to the Honorable Keith F. Giblin, United States

Magistrate Judge, at Beaumont, Texas, for administration of a guilty plea under Rules 11 and 32 of

the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner

prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and*

*Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #52]. The

Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally

accept the plea agreement. He further recommended that the Court finally adjudge Defendant as

guilty on **Count II** of the **Superseding Indictment** filed against Defendant in this cause.

The parties have not objected to the magistrate's findings.  The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted.  It is, therefore, **ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #52] of the United States Magistrate Judge are **ADOPTED.**  Defendant's plea agreement is conditionally accepted by the Court at this time.  It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate's findings and recommendation, Defendant, Gonzalo Alonzo Torres, a/k/a "Chalo", is hereby adjudged as guilty on **Count II** of the charging **Superseding Indictment**, charging violations of Title 18, United States Code, Section 924(c)(1)(A)(i).

So **ORDERED** and **SIGNED** this **3**  day of **June, 2006.**

_____
Ron Clark, United States District Judge